# Exhibit B

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SYDNYE CHARRETTE WHITE-OYUGI
1007 Lake Shore Drive
Mitchellville, MD 20721

MICHAEL O. OYUGI
1007 Lake Shore Drive
Mitchellville, MD 20721

CIVIL ACTION _____

SUPERIOR COURT NO. 06-0004967

Plaintiffs,

vs.

ELI LILLY AND COMPANY, et al.

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CONSENT TO REMOVAL

Defendant Bristol-Myers Squibb Company, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 06-0004967), to this Court.

Sidney G. Leech
Goodell, Devries, Leech & Dunn, L.L.P.
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (404) 783-4000
Facsimile: (404) 783-4040

ATTORNEYS FOR BRISTOL-MYERS
SQUIBB COMPANY

2035047v1