**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SYDNYE CHARRETTE WHITE-OYUGI, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:06-cv-1274 (RJL) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs SYDNYE CHARRETTE WHITE-OYUGI and MICHAEL O. OYUGI in the above-referenced matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES


        /s/ Steven J. Lewis
        STEVEN J. LEWIS, #472564
        1320 19th Street, N.W., Suite 500
        Washington, DC 20036
        202-833-8040
        Fax: 202-833-8046