IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
SYDNYE CHARRETTE WHITE-OYUGI,   *
1007 Lake Shore Drive           *
Mitchellville, MD 20721         *
                                *
MICHAEL O. OYUGI                *
1007 Lake Shore Drive           *
Mitchellville, MD 20721         *
                                *
            Plaintiff,          *
                                *
                                *    CIVIL ACTION NO. 1:06-cv-1274-RJL
    vs.                         *
                                *
ELI LILLY AND COMPANY,          *
Lilly Corporate Center          *
Indianapolis, IN  46285, and    *
                                *
BRISTOL-MYERS SQUIBB COMPANY    *
a successor of E.R. SUIBB & SONS, INC., *
P.O. Box 4500                   *
Princeton, NJ 08543             *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

132446v1

Dated: July 20, 2006                                Respectfully Submitted,

                                                    SHOOK, HARDY & BACON, L.L.P.

                                                    /s/ John Chadwick Coots
                                                    John Chadwick Coots, DC Bar No. 461979
                                                    600 14th Street, N.W., Suite 800
                                                    Washington, D.C. 20005-2004
                                                    (202) 783-8400 Telephone
                                                    (202) 783-4211 Facsimile

                                                    **ATTORNEYS FOR DEFENDANT**
                                                    **ELI LILLY AND COMPANY**


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of July, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**




                                                    /s/ John Chadwick Coots
                                                    **ATTORNEY FOR DEFENDANT**
                                                    **ELI LILLY AND COMPANY**

- 2 -

132446v1