IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * *
SYDNYE CHARRETTE WHITE-OYUGI,    *
1007 Lake Shore Drive            *
Mitchellville, MD 20721          *
                                 *
MICHAEL O. OYUGI                 *
1007 Lake Shore Drive            *
Mitchellville, MD 20721          *
                                 *
            Plaintiff,           *
                                 *
                                 *   CIVIL ACTION NO. 1:06-cv-1274-RJL
     vs.                         *
                                 *
ELI LILLY AND COMPANY,           *
Lilly Corporate Center           *
Indianapolis, IN 46285, and      *
                                 *
BRISTOL-MYERS SQUIBB COMPANY     *
a successor of E.R. SUIBB & SONS, INC., *
P.O. Box 4500                    *
Princeton, NJ 08543              *
                                 *
            Defendant.           *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

132449v1

Dated: July 20, 2006                                  Respectfully Submitted,

                                              SHOOK, HARDY & BACON, L.L.P.

                                              /s/ Emily J. Laird
                                         Emily J. Laird, DC Bar No. 485890
                                         600 14th Street, N.W., Suite 800
                                         Washington, D.C. 20005-2004
                                         (202) 783-8400 Telephone
                                         (202) 783-4211 Facsimile

                                         **ATTORNEYS FOR DEFENDANT**
                                         **ELI LILLY AND COMPANY**


**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of July, 2006, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

**Attorneys for Bristol Myers Squibb Company**


                                             /s/ Emily J. Laird
                                         **ATTORNEY FOR DEFENDANT**
                                         **ELI LILLY AND COMPANY**

132449v1