THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SYDNYE CHARRETTE WHITE-OYUGI <br> and MICHAEL O. OYUGI, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY and <br> BRISTOL-MYERS SQUIBB COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06-cv-01274-RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ELI LILLY AND COMPANY'S**
**CERTIFICATE REGARDING SERVICE OF STANDING ORDER**

Pursuant to the Court's July 20, 2006 Standing Order issued in the above-captioned matter, the undersigned counsel for Defendant Eli Lilly and Company hereby certifies that a true and accurate copy of the July 20, 2006 Standing Order, attached hereto as Exhibit A, was served upon all counsel of record in this matter on this 20th day of July, 2006.

    Respectfully submitted,

     /s/ John Chadwick Coots
    John Chadwick Coots, D.C. Bar No. 461979
    SHOOK, HARDY & BACON, L.L.P
    600 14TH Street, N.W., Suite 800
    Washington, DC  20005-2004
    Phone: (202) 783-8400
    Fax: (202) 783-4211
    E-mail:  jcoots@shb.com

    and

132459v1

- 2 -

        David W. Brooks
        Mark C. Hegarty
        John F. Kuckelman
        SHOOK, HARDY & BACON, L.L.P.
        2555 Grand Blvd.
        Kansas City, Missouri  64108
        Phone: (816) 474-6550
        Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that true and accurate copies of the foregoing, including the referenced exhibit, were electronically filed with the Clerk of the Court using the CM/ECF system, this 20th day of July, 2006, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th St., N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, DC 20036 | Baltimore, MD 21202 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant**<br>**Bristol-Myers Squibb** |

          /s/ John Chadwick Coots
        John Chadwick Coots

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**