IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYDNYE C. WHITE-OYUGI, et vir.         *

    Plaintiffs                              *

                                                        Case No.: 1:06CV01274

v.                                    *        Judge: Richard J. Leon

ELI LILLY & COMPANY, et al.            *

    Defendants                             *

    *    *    *    *    *    *    *    *    *

## DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES

    I, the undersigned, counsel of record for Bristol-Myers Squibb Company ("BMS"), certify that to the best of my knowledge and belief, BMS has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

    This representation is made in order that judges of this Court may determine the need for recusal.

                                                        Respectfully submitted,

                                                        /s/
                                      Sidney G. Leech  (D.C. Bar No. 359071)
                                      Goodell, DeVries, Leech & Dann, LLP
                                      One South Street, 20th Floor
                                      Baltimore, Maryland 21202
                                      410-783-4000
                                      *Attorneys for Defendant*
                                      *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2006, a copy of Bristol-Myers Squibb Company's Certificate Required by Rule 7.1 of the Local Rules was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108; *Attorneys for Eli Lilly & Company*

/s/
Sidney G. Leech