IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SYDNYE CHARRETTE WHITE-OYUGI, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:06-cv-1274 (RJL) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

January 12, 2007:   Deadline for serving discovery requests.

March 14, 2007:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

May 14, 2007:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

June 13, 2007:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

July 16, 2007:   Deadline for filing Dispositive Motions.

September 2007:   Pre-Trial Conference.

*N.B.   In addition, Defendants propose October 23, 2006 as the deadline for joinder or amending the pleadings.*

DATED: _____    _____
RICHARD J. LEON
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | SHOOK, HARDY & BACON, L.L.P. |
|  |  |
| /s/ Aaron M. Levine | /s/ Michelle R. Mangrum(by permission-rm) |
| AARON M. LEVINE, #7864 | MICHELLE R. MANGRUM, #473634 |
| 1320 19th Street, N.W. | 600 14th Street, N.W. |
| Suite 500 | Suite 800 |
| Washington, DC 20036 | Washington, DC  20005-2004 |
| 202/833-8040 | 202-223-1200 |
| Fax: 202-833-8046 | Fax: 202-783-4211 |
| Counsel for Plaintiffs | and |

David W. Brooks, Esq.
Mark C. Hegarty, Esq.
John F. Kuckelman, Esq.
Jonathan H. Gregor, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547

Counsel for Defendant Eli Lilly and Company

GOODELL,  DEVRIES,  LEECH  &  DANN,  LLP


 /s/ Sidney G. Leech (by permission-rm)
SIDNEY G. LEECH, #359071
One South Street, 20th Floor
Baltimore, MD  21202
410-783-4000
Fax: 410-783-4040

Counsel for Defendant Bristol-Myers Squibb


Dated: August 24, 2006