IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYDNYE CHARRETTE WHITE-OYUGI and MICHAEL O. OYUGI<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendants. | CIVIL ACTION No. 1:06-cv-001274-RJL<br><br>NEXT EVENT: DEADLINE FOR PLAINTIFFS' EXPERT DESIGNATIONS ON MARCH 14, 2007 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, by and through counsel, and hereby move this Court to Amend the Scheduling Order, and as grounds therefore state:

1. This case concerns a products liability/personal injury case in which Plaintiff Sydney Charrette White-Oyugi claims she has suffered reproductive tract anomalies and poor pregnancy outcomes as a result of *in utero* exposure to diethylstilbestrol ("DES"). Plaintiff Michael Oyugi claims for loss of consortium.

2. This Court entered a Scheduling Order on November 27, 2006 requiring that discovery be completed by June 13, 2007. Although the parties have engaged in written discovery, counsel has been advised that Ms. White-Oyugi is currently approximately 16 weeks pregnant. All parties believe that, in light of plaintiffs' allegations in this case regarding DES injuries, ability to carry a pregnancy to term and plaintiffs' uncertainties surrounding the potential outcome of Ms. White-Oyugi's pregnancy, that the interest of justice and economy

2351791v1

would best be served by amending the scheduling order of this matter by a period of six (6) months.

3. The parties request that the Scheduling Order be amended by six (6) months to follow the progress of Ms. White-Oyugi's pregnancy, complete discovery and prepare this case for trial.

4. This is one of many pending DES cases in the federal courts. Defense and plaintiffs' counsel routinely work together in these matters to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

5. Despite the parties' best efforts in this matter, discovery cannot be completed before the current discovery deadline. The parties respectively request the following amendment to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline for Plaintiffs to Designate Experts and Provide Expert Reports | March 14, 2007 | September 14, 2007 |
| Deadline for Defendants to Designate Experts and Provide Expert Reports | May 14, 2007 | November 14, 2007 |
| Close of Discovery | June 13, 2007 | December 13, 2007 |
| Dispositive Motions | Filed by July 16, 2007 | Filed by January 14, 2008 |

6. No previous extension of the Scheduling Order has been requested.

7. A proposed Amended Scheduling Order is attached hereto as Exhibit No. 1.

2351791v1

WHEREFORE, the parties respectively request that the Court Amend the Scheduling Order extending deadlines by six (6) months.

| AARON M. LEVINE & ASSOCIATES | Respectfully Submitted, |
|---|---|
| /s/ Aaron M. Levine (by permission – EJL) | /s/ Emily J. Laird |
| Aaron M. Levine<br>Attorney-In-Charge<br>District of Columbia Bar No. 7864<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>Telephone:   202-833-8040<br>Facsimile:   202-833-0906 | Michelle R. Mangrum, D.C. Bar No. 473634<br>John Chadwick Coots, D.C. Bar No. 461979<br>Emily J. Laird, D.C. Bar No. 485890<br>SHOOK, HARDY & BACON, L.L.P<br>600 14TH Street, NW, Suite 800<br>Washington, D.C.  20005-2004<br>Phone: (202) 783 -8400<br>Fax: (202) 783-4211 |
| **ATTORNEYS FOR PLAINTIFF** | |
| /s/ Sidney G. Leech (by permission – EJL) | and |
| Sidney G. Leech, D.C. Bar No. 359071<br>GOODELL, DEVRIES, LEECH& DANN LLP<br>One South Street<br>20th Floor<br>Baltimore, MD 21202<br>Telephone: 410-783-4000<br>Facsimile: 410-783-4040 | David W. Brooks<br>Mark C. Hegarty<br>Jonathan H. Gregor<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri  64108<br>Phone: (816) 474-6550<br>Fax: (816) 421-5547 |
| **ATTORNEYS FOR DEFENDANT BRISTOL-MYERS SQUIBB COMPANY** | **ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY** |

2351791v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 2nd day of March, 2007, which sent notification of such filing to all counsel of record listed below.

| | |
|---|---|
| Aaron M. Levine<br>Aaron M. Levine & Associates<br>1320 19th Street, N.W., Suite 500<br>Washington, D.C. 20036<br>**Attorneys for Plaintiff** | Sidney G. Leech<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>**Attorneys for Bristol Myers Squibb Company** |

　　　　　　　　　　　　　　　　　　　　/s/ Emily J. Laird
　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**ELI LILLY AND COMPANY**

2351791v1