# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYDNYE CHARRETTE WHITE-OYUGI and ）
MICHAEL O. OYUGI                     ）
                                      ）
          Plaintiffs,                 ）
                                      ）
     vs.                              ）   CIVIL ACTION No. 1:06-cv-001274-RJL
                                      ）
ELI LILLY AND COMPANY and             ）   NEXT EVENT: DEADLINE FOR
BRISTOL-MYERS SQUIBB COMPANY,         ）   PLAINTIFFS' EXPERT DESIGNATIONS
                                      ）   ON MARCH 14, 2007
          Defendants.                 ）
                                      ）

## [PROPOSED] AMENDED SCHEDULING ORDER

The parties suggest the following amended schedule:

September 14, 2007:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

November 14, 2007:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 13, 2007:   All Discovery Closed.  The parties agree that experts may be deposed until the close of discovery.

January 14, 2008:   Deadline for filing Dispositive Motions.

April, 2008:   Pre-Trial Conference.


DATED:_____          _____
                                       RICHARD J. LEON
                                       United States District Judge

2352748v1

| | |
|---|---|
| AARON M. LEVINE & ASSOCIATES | Respectfully Submitted, |
| /s/ Aaron M. Levine (by permission – EJL)<br>Aaron M. Levine<br>Attorney-In-Charge<br>District of Columbia Bar No. 7864<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>Telephone:   202-833-8040<br>Facsimile:    202-833-0906 | /s/ Emily J. Laird<br>Michelle R. Mangrum, D.C. Bar No. 473634<br>John Chadwick Coots, D.C. Bar No. 461979<br>Emily J. Laird, D.C. Bar No. 485890<br>SHOOK, HARDY & BACON, L.L.P<br>600 14TH Street, NW, Suite 800<br>Washington, D.C. 20005-2004<br>Phone: (202) 783-8400<br>Fax: (202) 783-4211 |
| **ATTORNEYS FOR PLAINTIFF** | |
| /s/ Sidney G. Leech (by permission – EJL)<br>Sidney G. Leech, D.C. Bar No. 359071<br>GOODELL, DEVRIES, LEECH& DANN LLP<br>One South Street<br>20th Floor<br>Baltimore, MD 21202<br>Telephone: 410-783-4000<br>Facsimile: 410-783-4040 | And<br><br>David W. Brooks<br>Mark C. Hegarty<br>Jonathan H. Gregor<br>SHOOK, HARDY & BACON, L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Phone: (816) 474-6550<br>Fax: (816) 421-5547 |
| **ATTORNEYS FOR DEFENDANT BRISTOL-MYERS SQUIBB COMPANY** | **ATTORNEYS FOR DEFENDANT ELI LILLY AND COMPANY** |

2352748v1