IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYDNYE C. WHITE-OYUGI, et vir.          *

    Plaintiffs                               *
                                                Case No.: 06-CV-001274
v.                                       *   Judge: Richard J. Leon

ELI LILLY & COMPANY, et al.              *

    Defendants                              *

        *   *   *   *   *   *   *   *   *

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case as to the Defendant, Bristol-Myers Squibb Company only.

| | |
|---|---|
| Aaron M. Levine (D.C. Bar No. 7864) | Sidney G. Leech (D.C. Bar No. 359071) |
| Aaron M. Levine & Associates, P.A. | Goodell, DeVries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, 20th Floor |
| Washington, D.C. 20036 | Baltimore, Maryland 21202 |
| (202) 833-8040 | (410) 783-4000 |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant,*** |
| | ***Bristol-Myers Squibb Company*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of ~~March~~ April, 2007, a copy of the forgoing Praecipe of Dismissal With Prejudice was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

Michelle R. Mangrum, Esquire
Shook, Hardy & Bacon, LLP
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

David W. Brooks, Esquire
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108; *Attorneys for Eli Lilly & Company*

Sidney G. Leech

2