IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYDNYE CHARRETTE WHITE-OYUGI and MICHAEL O. OYUGI<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendants. | CIVIL ACTION No. 1:06-cv-001274-RJL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Sydnye White-Oyugi and Michael Oyugi ("plaintiffs") and defendant Eli Lilly and Company ("Lilly"), by and through their counsel, hereby stipulate that plaintiffs' claims in the above-captioned action be dismissed with prejudice, with all costs to be taxed to the party incurring same and neither party filing a bill of costs. A proposed Order is attached for the Court's consideration.

WHEREFORE, plaintiffs and Lilly respectfully request this Court enter an Order dismissing this action with prejudice.

2631558v1

DATED: 10/01/07

*[signature]*

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington D.C. 20036
Phone: (202) 833-8040
Fax: (202) 833-8046

ATTORNEYS FOR PLAINTIFFS

DATED: 10-05-07

*[signature]*

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
Mark C. Hegarty
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

2631558v1

## **CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 5th day of October, 2007, which sent notification of such filing to all counsel of record.

| | |
|---|---|
| Aaron M. Levine | Sidney G. Leech |
| Aaron M. Levine & Associates | Goodell, Devries, Leech & Dann, LLP |
| 1320 19th Street, N.W., Suite 500 | One South Street, Suite 2000 |
| Washington, D.C. 20036 | Baltimore, MD 21202 |
| **Attorneys for Plaintiff** | **Attorneys for Bristol-Myers Squibb Co.** |

          /s/ John Chadwick Coots
John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**