IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYDNYE CHARRETTE WHITE-OYUGI and MICHAEL O. OYUGI<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY and BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendants. | CIVIL ACTION No. 1:06-cv-001274-RJL |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard upon the parties' Stipulation of Dismissal with Prejudice, the Court having read and considered the same and being otherwise fully advised, it is thereupon

ORDERED AND DIRECTED that plaintiffs' clams against Eli Lilly and Company in the above-styled matter be, and the same are, hereby dismissed with prejudice, the parties to bear their own costs.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

cc:   Michelle R. Mangrum, Esq.
      David W. Brooks, Esq.
      Aaron M. Levine, Esq.

2631550v1